IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES MAPLES                                                                                        PLAINTIFF

v.                                    CASE NO. 4:22-CV-00965-BSM

UNION PACIFIC
RAILROAD COMPANY, INC.                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE